IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CALVIN FINNIE, | : | |
| Plaintiff, | : | |
| v. | : | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | CIVIL ACTION NO. 1:16-CV-2659-AT |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 21] that the final decision of the Commissioner of the Social Security Administration ("Commissioner") be affirmed and that this action be dismissed with prejudice.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, the Commissioner's decision is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE** .

**IT IS SO ORDERED** this 7th day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**